UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KARYL CLARKE,<br><br>Plaintiff,<br><br>v.<br><br>BUDGET SUITES OF AMERICA LLC,<br><br>Defendants. | Case No. 2:24-cv-00422-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Request for an Extension. ECF No. 6. Plaintiff, whose amended complaint was due no later than April 26, 2024 (ECF No. 3), states she did not receive the Court's Order because she moved. Plaintiff asks the Court for additional time to file her amended complaint. Plaintiff did not update her address with the Court as she is required to do under U.S. District Court for the District of Nevada Local Rule IA 3-1. Plaintiff is advised that she **must** maintain her current address with the Court.

Given the circumstance described in Plaintiff's Motion, the Court provides Plaintiff **one** additional opportunity to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Request for Extension (ECF No. 6) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff **will** have through and including **July 19, 2024** to file an amended complaint.

IT IS FURTHER ORDERED that Plaintiff's failure to timely comply with this Order will result in a recommendation that this matter be dismissed without prejudice.

Dated this 14th day of June, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1