UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KARYL CLARKE,<br><br>    Plaintiff,<br><br>    v.<br><br>BUDGET SUITES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 2:24-cv-00422-RFB-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Leave to File Electronically in this case. ECF No. 7. Under the U.S. District Court for the District of Neveda Local Rule IC 2-1(b), a "pro se litigant may request the court's authorization to register as a filer in a specific case."

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Electronically (ECF No. 7) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff must submit the Consent for Electronic Service of Documents on or before **July 5, 2024** to the Clerk of Court.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff the form Consent for Electronic Service of Documents and instructions for the same. Plaintiff is not authorized to file electronically until the Consent form is submitted within the time frame specified. Upon timely submitting the Consent form, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to configure Plaintiff's CM/ECF account.

Dated this 14th day of June, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1