MELISSA J. ROOSE, ESQ.
Nevada Bar No. 7889
JOSHUA Y. ANG, ESQ.
Nevada Bar No. 14026
**LITCHFIELD CAVO, LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, NV 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
E: Roose@litchfieldcavo.com
E: Ang@litchfieldcavo.com
*Attorneys for Defendants,*
*Budget Suites of America NV-704,*
*Jacob Powell, Abel Moreno and Jake Becker*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KARYL CLARKE,<br><br>Plaintiff,<br><br>v.<br><br>BUDGET SUITES OF AMERICA LLC; JACOB POWELL; ABEL MORENO; JAKE BECKER; and JOHN DOES 1-10,<br><br>Defendants. | CASE NO.: 2:24-cv-00422-RFB-EJY<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANTS BUDGET SUITES OF AMERICA NV-704, JACOB POWELL, ABEL MORENO AND JAKE BECKER** |

Defendant, BUDGET SUITES OF AMERICA NV-704, hereby authorizes and consents to the substitution of MELISSA J. ROOSE, ESQ. and JOSHUA Y. ANG, ESQ. of the law firm LITCHFIELD CAVO LLP, in the place and stead of KURT R. BONDS, ESQ. and HARVEY GRUBER, ESQ. of the law firm HALL & EVANS, LLC, as its attorneys in the instant action.

DATED this 7th day of October 2026.

BUDGET SUITES OF AMERICA NV-704

By: [signature]

Print Name: Donna Stauch

Its: Chief of Staff

Defendant, JACOB POWELL, hereby authorizes and consents to the substitution of MELISSA J. ROOSE, ESQ. and JOSHUA Y. ANG, ESQ. of the law firm LITCHFIELD CAVO LLP, in the place and stead of KURT R. BONDS, ESQ. and HARVEY GRUBER, ESQ. of the law firm HALL & EVANS, LLC, as his attorneys in the instant action.

DATED this ____day of October 2026.

JACOB POWELL

Defendant, ABEL MORENO, hereby authorizes and consents to the substitution of MELISSA J. ROOSE, ESQ. and JOSHUA Y. ANG, ESQ. of the law firm LITCHFIELD CAVO LLP, in the place and stead of KURT R. BONDS, ESQ. and HARVEY GRUBER, ESQ. of the law firm HALL & EVANS, LLC, as his attorneys in the instant action.

DATED this ____day of October 2026.

ABEL MORENO

Defendant JAKE BECKER, hereby authorizes and consents to the substitution of MELISSA J. ROOSE, ESQ. and JOSHUA Y. ANG, ESQ. of the law firm LITCHFIELD CAVO LLP, in the place and stead of KURT R. BONDS, ESQ. and HARVEY GRUBER, ESQ. of the law firm HALL & EVANS, LLC, as his attorneys in the instant action.

DATED this ____day of October 2026.

JAKE BECKER

KURT R. BONDS, ESQ. and HARVEY GRUBER, ESQ. of the law firm HALL & EVANS, LLC hereby authorize and consent to the substitution of MELISSA J. ROOSE, ESQ. and JOSHUA Y. ANG, ESQ. of the law firm LITCHFIELD CAVO LLP, in their place and stead as attorneys of record for Defendants BUDGET SUITES OF AMERICA NV-704, JACOB POWELL, ABEL MORENO and JAKE BECKER in the instant action.

DATED this 13th day of October 2026.

HALL & EVANS, LLC

KURT R. BONDS, ESQ.
Nevada Bar No. 6228
HARVEY GRUBER, ESQ.
Nevada Bar No. 6329
1160 N. Town Center Dr., Suite 330
Las Vegas, NV 89144
*Attorneys for Defendants Budget Suites of America NV-704, Jacob Powell, Abel Moreno and Jeff Becker*

MELISSA J. ROOSE, ESQ. and JOSHUA Y. ANG, ESQ. of the law firm LITCHFIELD CAVO LLP, hereby authorize and consent to their substitution in the place and stead of KURT R. BONDS, ESQ. and HARVEY GRUBER, ESQ. of the law firm HALL & EVANS, LLC as attorneys of record for Defendants BUDGET SUITES OF AMERICA NV-704, JACOB POWELL, ABEL MORENO and JAKE BECKER in the instant action.

DATED this 13th day of October 2026.

LITCHFIELD CAVO LLP

/s/ *Melissa J. Roose*

MELISSA J. ROOSE, ESQ.
Nevada Bar No. 7889
JOSHUA Y. ANG, ESQ.
Nevada Bar No. 14026
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
*Attorneys for Defendants Budget Suites of America NV-704, Jacob Powell, Abel Moreno and Jeff Becker*

## ORDER

**IT IS SO ORDERED.**

Dated: October 14, 2026

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of the law offices of Litchfield Cavo LLP and that on this 13th day of October 2026, I served a true and accurate copy of the foregoing **SUBSTITUTION OF COUNSEL FOR DEFENDANTS BUDGET SUITES OF AMERICA NV-704, JACOB POWELL, ABEL MORENO AND JAKE BECKER** via CM/ECF to:

Karyl Clarke
6227 Cimarron Street
Los Angeles, CA 90047
Email: KOCLARKE4@gmail.com
*Pro Se Plaintiff*

Kurt R. Bonds, Esq.
Harvey Gruber, Esq.
HALL & EVANS, LLC
1160 N. Town Center Dr., Suite 330
Las Vegas, NV 89144
702-998-1022
Email: nvefile@hallevans.com
*Attorneys for Defendants Budget Suites of America NV-704, Jacob Powell, Abel Moreno and Jeff Becker*

*/s/ Kathryn Savage*

An Employee of LITCHFIELD CAVO LLP